UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC BERHE et al, | Case Number: CV13-00230 EJD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| BANK OF AMERICA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anita Zumel
Isaac Berhe
2121 Bowers Ave.
Santa Clara, CA 95051

Aschilew Jember
1741 Warburton Avenue #5
Santa Clara, CA 95050

Helen Wang Yu
Timothy Glen Yu
13407 Christie Drive
Saratoga, CA 95070

Dated: May 7, 2013

Richard W. Wieking, Clerk

By: Elizabeth Garcia, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ISAAC BERHE et al,

        Plaintiff,

  v.

BANK OF AMERICA et al,

        Defendant.

Case Number: CV13-00230 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anita Zumel
Isaac Berhe
2121 Bowers Ave.
Santa Clara, CA 95051

Aschilew Jember
1741 Warburton Avenue #5
Santa Clara, CA 95050

Helen Wang Yu
Timothy Glen Yu
13407 Christie Drive
Saratoga, CA 95070

Dated: May 7, 2013

                                          Richard W. Wieking, Clerk

                                          By: Elizabeth Garcia, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ISAAC BERHE et al,

        Plaintiff,

  v.

BANK OF AMERICA et al,

        Defendant.

Case Number: CV13-00230 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anita Zumel
Isaac Berhe
2121 Bowers Ave.
Santa Clara, CA 95051

Aschilew Jember
1741 Warburton Avenue #5
Santa Clara, CA 95050

Helen Wang Yu
Timothy Glen Yu
13407 Christie Drive
Saratoga, CA 95070

Dated: May 7, 2013

                                Richard W. Wieking, Clerk

                                By: Elizabeth Garcia, Deputy Clerk